The People of the State of Illinois ex rel. Oscar Nelson v. Cicero Trust and Savings Bank.
Petition of Elizabeth A. Minkus, appellee, v. William L. O'Connell, appellant. Gen. No. 37,979.

Opinion filed December 27, 1935.

Schnackenberg, Hansen & Towle, for appellant; Elmer J. Schnackenberg, of counsel. Levinson, Becker, Peebles & Swiren, for appellee; Don M. Peebles and H. M. Neuburger, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. William Davis, plaintiff in error. Gen. No. 37,992.

Opinion filed December 27, 1935. Rehearing denied January 7, 1936.

Samuel A. Aronfeld, for plaintiff in error; Elwyn E. Long, of counsel. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, Henry E. Seyfarth and John T. Gallagher, Assistant State's Attorneys, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

Lillian Radtke, appellee, v. Metropolitan Life Insurance Company, appellant. Gen. No. 38,033.

Opinion filed December 27, 1935.

Hoyne, O'Connor & Rubinkam, for appellant; Nathaniel Rubinkam and William S. Allen, of counsel. Estelle M. Wells, for appellee.

Mr. Justice Hebel delivered the opinion of the court.

Charles Krassek and Atlas Fish Company, appellees, v. Samuel Wax et al., appellants. Gen. No. 38,558.

Opinion filed December 27, 1935.

Edward M. Keating and Albert E. Bucciere, for appellants. Levy & Schmetterer, for appellees.

Mr. Justice Hebel delivered the opinion of the court.